```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19492
    FRED SANDRO
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4402


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/19/2004 and was confirmed 08/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
MAC TOOLS                  SECURED NOT I         .00             .00           .00
MAC TOOLS CORPORATE        UNSEC W/INTER    2601.72          179.79       2601.72
GOTTLIEB MEMORIAL HOSPIT   UNSEC W/INTER  NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    1024.00           70.20       1024.00
ECAST SETTLEMENT CORP      UNSEC W/INTER    3298.28          226.13       3298.28
UPTOWN ORTHOPEDICS SURDG   UNSEC W/INTER  NOT FILED             .00           .00
FORD MOTOR CREDIT          SECURED              .00             .00           .00
LEGAL HELPERS PC           DEBTOR ATTY     2,400.00                       2,400.00
TOM VAUGHN                 TRUSTEE                                          518.99
DEBTOR REFUND              REFUND                                            60.86

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              10,379.97

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                      6,924.00
    INTEREST                                     476.12
ADMINISTRATIVE                                 2,400.00
TRUSTEE COMPENSATION                             518.99
DEBTOR REFUND                                     60.86
                     ---------------         ---------------
TOTALS               10,379.97                10,379.97




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19492 FRED SANDRO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/25/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 19492 FRED SANDRO